ACCEPTED
03-14-00399-CV
3946206
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 11:29:06 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00399-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/29/2015 11:29:06 AM
JEFFREY D. KYLE
Clerk

LAW OFFICE OF LARRY LADEN; LARRY LADEN, P.C.;
LARRY LADEN, INDIVIDUALLY; AND CLAY BOULWARE,
INDIVIDUALLY

Appellants,

v.

ALYSA BAKER,

Appellee.

On Appeal from the County Court at Law No. 1
of Travis County, Texas
Cause No. C-1-CV-13-010495
(Hon. David Phillips)

## JOINT STATUS REPORT

Respectfully submitted,

**Larry R. Laden**
Texas Bar No. 11814500
Email: lladen@swbell.net
**Clay H. Boulware**
Texas Bar No. 24001767
Email: cboulware@swbell.net

**LAW OFFICE OF LARRY LADEN**

4407 Bee Caves Road, Bldg. 3, #301
Austin, TX 78746
Telephone: 512-472-8010
Facsimile:  512-478-1615

**ATTORNEYS FOR APPELLANT**

**Craig Smith**
Texas Bar No. 18553600
Email: csslawrr@gmail.com

**The Law Office of Craig Smith**
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, Texas 78418
(361) 728-8037

**APPELLATE COUNSEL FOR
RESPONDENT ALYSA BAKER**

## JOINT STATUS REPORT

The parties report that the trial court has granted the parties' Agreed Motion to Vacate Default Judgment and Abate Proceedings. A copy of the trial court's order is attached as Exhibit 1.

Appellants and Appellee ask this court to dismiss the appeal since the trial court is asserting jurisdiction.

Respectfully Submitted,

**LAW OFFICE OF LARRY LADEN**
4407 Bee Caves Road
Bldg. 1, Suite 111
Austin, Texas 78746
(512) 472-8010
Fax: (512) 478-1615


By_____/s/ Larry Laden_____
LARRY LADEN
State Bar No. 11814500
E-mail: lladen@swbell.net

**CLAY BOULWARE**
4407 Bee Caves Road
Bldg. 1, Suite 111
Austin, Texas 78746
(512) 472-8010
Fax: (512) 478-1615


By_____/s/ Clay Boulware_____
     CLAY BOULWARE
     State Bar No. 24001767
     E-mail: cboulware@swbell.net

**The Law Office of Craig Smith**
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, Texas 78418
(361) 728-8037


By_____/s/ Craig Smith_____
     CRAIG S. SMITH
     State Bar No. 18553600
     Email: csslawrr@gmail.com

     Appellate Counsel for Plaintiff Alysa
     Baker

## Certificate of Service

By my signature above, I certify that a true and correct copy of this document has been served on January 28, 2015, as follows:

Mr. Donald H. Grissom            *Via email - don@gandtlaw.com*
509 W. 12th Street
Austin, Texas 78701
*Trial Court Attorney for Appelle*

Cause No. C-1-CV-13-010495

| | | |
|---|---|---|
| ALYSA BAKER | § | COUNTY COURT OF LAW |
| | § | |
| v. | § | NO. 1 |
| | § | |
| LAW OFFICE OF LARRY LADEN, LARRY | § | |
| LADEN, P.C., LARRY LADEN, | § | |
| INDIVIDUALLY and CLAY | § | |
| BOULWARE, INDIVIDUALLY | § | TRAVIS COUNTY, TEXAS |

## AGREED ORDER TO VACATE DEFAULT JUDGMENT

This case has been remanded to this court by the 3rd Court District of Appeals.


The PARTIES Joint Motion to Vacate Default Judgment and Abate Proceedings, filed on

January 9, 2015 is GRANTED. The Default Judgment previously rendered in the case is vacated

and this case is abated pending performance of the second settlement agreement.


January 27, 2015
Date

_____

**ERIC M. SHEPPERD**



FILED FOR RECORD
2015 JAN 27 AM 8:36
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

EXHIBIT 1

Respectfully Submitted,

**LAW OFFICE OF LARRY LADEN**
4407 Bee Caves Road
Bldg. 3, Suite 301
Austin, Texas 78701
(512)472-8010
Fax: (512)478-1615

By _____
LARRY LADEN
State Bar No. 11814500
E-mail: lladen@swbell.net


**CLAY BOULWARE**
4407 Bee Caves Road
Bldg. 3, Suite 301
Austin, Texas 78701
(512)472-8010
Fax: (512)478-1615

By _____
CLAY BOULWARE
State Bar No. 24001767
E-mail: cboulware@swbell.net


**DONALD H. GRISSOM**
GRISSON & THOMPSON, LLP
509 W. 12th Street
Austin, Texas 78701
512-478-4059
Fax: 512-482-8410

By _____
Donald H. Grissom
State Bar No. 08511550
*Attorney for Plaintiff*